**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DANIEL G. SHOUP, | : | Civil No. 09-0585 (RBK) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| WARDEN PAUL M. SHULTZ, | : | |
| Respondents. | : | |

For the reasons stated in the Opinion filed herewith,

IT IS on this  2nd  day of   June , 2009,

ORDERED that, within thirty days from the date of the entry of this Order, Petitioner shall either pay the $5.00 filing fee or submit his duly executed application to proceed in this matter in forma pauperis; and it is further

ORDERED that the Petition is DISMISSED, without prejudice, for failure to exhaust administrative remedies; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon Petitioner, together with a blank application to proceed in this matter in forma pauperis, by regular U.S. mail, and shall close the file on this matter.

              s/Robert B. Kugler
              **Robert B. Kugler**
              **United States District Judge**